UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ANGEL HERPIN,

                             Plaintiff,

    -against-

HARBOR FREIGHT TOOLS USA, INC.

                           Defendant.

---

**STIPULATION OF DISMISSAL**
No.: 1:16-cv-01278 (FJS/DJS)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, on the merits and with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: March 3, 2017

HINSHAW & CULBERTSON

By: Gregg D. Minkin, Esq.
Attorneys for the Defendant
800 Third Avenue, 13th Floor
New York, New York 1002
Phone: (212) 471-6243

FRANK M. PUTORTI, JR., P.C.

By: Frank M. Putorti, Jr., Esq.
Attorneys for Plaintiff
1338 Union Street
Schenectady, New York 12308
Phone: (518) 382-1044

IT IS SO ORDERED:

Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: April 7, 2017
       Syracuse, NY